```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 08776
    WILLIE LEE JONES
    SHIRLEY ANN JONES                       CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1888    SSN XXX-XX-3491

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/05/2004 and was confirmed 07/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  60.75% from remaining funds.

     The case was dismissed after confirmation 08/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED        4598.60         .00          2289.77
AMERICAN EXPRESS TRAVEL    UNSECURED        3443.01         .00          1714.38
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED        .00             .00
LITTON                     CURRENT MORTG       .00          .00             .00
CREDIT BASED ASSET SVC &   NOTICE ONLY     NOT FILED        .00             .00
NGBL CARSONS               UNSECURED       NOT FILED        .00             .00
NICOR GAS                  UNSECURED        1870.66         .00           931.45
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED        .00             .00
ROUNDUP FUNDING LLC        UNSECURED         313.13         .00           155.92
CARSON PIRIE SCOTT         UNSECURED       NOT FILED        .00             .00
LITTON LOAN SERVICING      MORTGAGE ARRE  14036.14          .00         14036.14
PORTFOLIO RECOVERY ASSOC   UNSECURED        2387.69         .00          1188.90
VETERANS ADMINISTRATION    UNSECURED         229.28         .00            99.84
PRO SE DEBTOR              DEBTOR ATTY        .00                           .00
TOM VAUGHN                 TRUSTEE                                       1,220.70
DEBTOR REFUND              REFUND                                           15.56

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            21,652.66

PRIORITY                                         .00
SECURED                                    14,036.14
UNSECURED                                   6,380.26
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        1,220.70
DEBTOR REFUND                                  15.56
                   --------------         --------------
TOTALS             21,652.66               21,652.66

            PAGE  1 - CONTINUED ON NEXT PAGE
  CASE NO. 04 B 08776 WILLIE LEE JONES & SHIRLEY ANN JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE